UNITED STATES *versus* THIRTEEN BARRELS FLOUR AND FOUR BARRELS WHEAT. 

JOURNAL ENTRIES: (1) Dec. 7, 1827: libel filed, time fixed for trial, notice ordered published; (2) Dec. 27, 1827: time for hearing extended, notice ordered published; (3) Jan. 19, 1828: proclamation made, evidence heard, property condemned, sale and notice of sale ordered.
PAPERS IN FILE (1827–28): (1) Libel; (2) subpoena; (3) copy of order of sale; (4) account of sales.
*File No.* 16 of 1827.

 UNITED STATES *versus* JOSHUA PUTNAM AND JOHN HOWARD. 

JOURNAL ENTRIES: (1) Dec. 7, 1827: motion for judgment; (2) May 14, 1828: motion for judgment granted.

PAPERS IN FILE (1827–29): (1) Precipe for capias; (2) writ of capias and return; (3) recognizance; (4) declaration and oyer; (5) stipulation by John Howard for judgment; (6) precipe for fi. fa.; (7) writ of fi. fa. and return; (8) request for opportunity to make payments before sale; (9) direction to stay execution; (10) calculation of amount due; (11) writ of venditioni exponas; (12–14) bonds.
*File No.* 13 of 1827.